# **EXHIBIT 5**



7-Eleven, Inc.

December 7, 2023

**VIA HAND DELIVERY**

Jasjeet Dhillon, Inc.
735 E. Bradley Ave.
El Cajon, CA 92021
Attn: Jasjeet Dhillon

Re: **7-Eleven Store No. 2112-13646G**
**Notice of Material Breach – Failure to Comply With Applicable Laws and Maintain a High Ethical Standard (the "Notice")**

Dear Jasjeet Dhillon:

Jasjeet Dhillon, Inc. ("**you**" or "**your**") operates the 7-Eleven® convenience store business at 735 E. Bradley Ave., El Cajon, CA 92021 (the "**Store**") under the terms and conditions of a franchise agreement, addenda, amendments, and collateral agreements (collectively, the "**Franchise Agreement**") with 7-Eleven, Inc. ("**we**", "**us**" or "**our**").  Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

The Entity Franchisee Amendment to the Franchise Agreement provides that all references to "you" in Paragraph 26 of the Franchise Agreement shall include both you and your Principals, including Jasjeet Dhillon.  Additionally, Mr. Dhillon entered into the Principals' Guaranty Agreement with us in which he agreed, in his personal capacity, that he is your Principal and is obligated to perform your obligations under the Franchise Agreement including, specifically and without limitation, the covenants and agreements contained in Paragraph 19 thereof.  The Principals' Guaranty Agreement is attached to the Entity Franchisee Amendment as Exhibit B.

In Paragraph 19(a) of the Franchise Agreement, you and Mr. Dhillon agreed to "maintain a high ethical standard in the conduct of the franchised business and in the operation of the Store."

In Paragraph 8(a) of the Franchise Agreement, you and Mr. Dhillon agreed to "comply with all local, state and federal laws, statutes, regulations, ordinances, and rules of any applicable governmental entity with respect to the operation, use, repair and possession of the Store and the 7-Eleven Equipment."

In Paragraph 19(h) of the Franchise Agreement, you and Mr. Dhillon agreed to "at all times, comply with all laws, rules, regulations, and other legal and governmental requirements concerning or relating to the operation of the Store, including without limitation, all labor, wage and hour, and employment laws."

In Paragraph 26(a)(3) of the Franchise Agreement, you agreed that we may terminate that agreement immediately upon notice to you if you or Mr. Dhillon "fail to comply with any federal, state, or local wage and hour law, or fail to comply with any federal, state, or local law related to any employment or immigration matter," and you acknowledged that the foregoing "is a Material Breach and good cause for termination."

In Paragraph 26(a)(7) of the Franchise Agreement, you agreed that we "may terminate that agreement immediately upon notice to you" if "we have evidence that you [or Mr. Dhillon] have engaged in any dishonest, unethical, immoral, or similar conduct as a result of which your [or Mr. Dhillon's] association with the Store could, in our sole opinion, have a material adverse effect on the goodwill associated with the 7-Eleven System or the 7-Eleven Marks," and you acknowledged that the foregoing "is a Material Breach and good cause for termination."

Material Breaches:

Mr. Dhillon has failed to comply with the terms of the Franchise Agreement and the Principals' Guaranty Agreement.  He has failed to maintain a high ethical standard in the conduct of the franchised business and in the operation of the Store and he has engaged in conduct that violated the law.

**Specifically, after one of Mr. Dhillon's employees opposed his unlawful behavior, including his assault, battery, and/or sexual harassment towards her, Mr. Dhillon retaliated against her, including by directing her manager to terminate her employment, and otherwise discriminating against her.**

As discussed above, each instance of the foregoing conduct constitutes a Material Breach of the Franchise Agreement.  Moreover, such conduct could have, and/or has had, a material adverse effect on the goodwill associated with the 7-Eleven System or the 7-Eleven Marks.  Such conduct also reflects materially and unfavorably upon the operation and reputation of your franchise businesses and the 7-Eleven System.

Reservation of Rights:

By issuing this Notice, we are not waiving our rights under the Franchise Agreement, at law or in equity.  In addition, we may take the following actions without waiving our right to (i) terminate the Franchise Agreement because of your Material Breach of the Franchise Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Franchise Agreement, including paying for your Inventory purchases.

Sincerely,

**7-Eleven, Inc.**

Timothy Hall
Director, Asset Protection

3

| | |
|---|---|
| DATE OF SERVICE: | |
| ☐ By certified mail, return receipt requested | ☒ In person to  Jasjeet Dhillon  <br>    ☒ Franchisee <br>    ☐ Other Employee |
| Date postmarked _____ | ☐ Dropped in Safe <br> with a follow up phone call/text/e-mail to Franchisee   ☐ Yes ☐ No <br> If phone call,   ☐ spoke directly to Franchisee <br>            ☐ left voice message <br> Time  11:00a.m.            a.m./p.m. <br> Date  December 7, 2023 <br> By:  Tim Hall – Director, Asset Management <br> Title: ☐ Market Leader  ☐ Area Leader |

c:   Area Leader
     Legal (sandy.saden@7-11.com)
     Store File

4