# INDEX OF EXHIBITS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

| Exhibit | Description | Page Number |
|---|---|---|
| 1 | October 2023 update of Franchise and Distribution Law and Practice | 3 |
| 2 | Comments section of California Committee Report for 2015 California Assembly Bill No. 525, California 2015-2016 Regular Session | 7 |